IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00055-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. GERARDO LOPEZ,
   aka "Clever," "G-Man,"
2. ENRIQUE ALEJANDRO LACALLO,
   aka "Pee-Wee,"
3. MILTON GARCIA-ESPINOZA,
   aka "Pajaro,"
4. ANTHONY ALDANA,
   aka "Trusty,"
5. DAVID GUERRA,
   aka "Danger,"
6. **ELIO YANES,**
   **aka "Caballito,"**
7. FEDERICO AMEZQUITA,
   aka "Perico," and
8. MARIA AGUILERA,

        Defendants.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Elio Yanes, YOB: 1979, Inmate No. V39597, now confined in the High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96130, before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the Defendant's case, and

thereafter to return the Defendant to the institution where he is now confined.

SO ORDERED this __3rd__ day of ~~February~~ March, 2009.

_Michael E. Hegarty_
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO